UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JASON AARON GODWIN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No.  5:22-cv-115-TKW-MJF**

**OFFICER BALDERAMA-MENDEZ,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 3).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the United States District Court for the Middle District of Florida based on venue considerations. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida.

    3.    The Clerk shall close the case file.

**DONE and ORDERED** this 11th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**